IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 15-CR-00511-KKD-GMB |
| ) | |
| SCOTTIE JEROMA GROCE ) | |
|    Defendant | |

### ORDER

After due and proper consideration, and there having been no objections filed, the recommendation (Doc. 129) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 1, 2016, is **ADOPTED** as the opinion of this Court. Accordingly, Groce's motion to suppress (Doc. 54) is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant's motion is **GRANTED** to the extent it seeks the suppression of Defendant's interview after his invocation of counsel at 1:35:15[1] and any evidence obtained pursuant to Defendant's consent to provide a DNA sample to law enforcement, Defendant's consent to the search of his mobile telephone, and the search of Defendant's Lincoln Town Car; and

2. Defendant's motion is **DENIED** to the extent it seeks the suppression of the identities of co-Defendants Martin and Carthen and Martin's confession.

**DONE** and **ORDERED** this **18th** day of **July 2016.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**

---

[1] This reference is to the videotaped interview of Defendant Groce.